IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3-13-0613 |
| | ) | |
| $11,000 UNITED STATES CURRENCY; $19,000 UNITED STATES CURRENCY; and $7000 UNITED STATES CURRENCY | ) ) ) ) | |

O R D E R

By order entered June 24, 2013 (Docket Entry No. 4), this case was referred to the Magistrate Judge for a scheduling order.

By July 12, 2013, the plaintiff shall file a status report, indicating how it intends to proceed in this action, including but not limited to what steps it intends to take to notify the claimants in this case, and the expected time frame for completion of the notice and filings requirements provided in Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

Thereafter, a scheduling order will enter in accord with the June 24, 2013, order.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge