IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3-13-0613 |
| | ) | |
| $11,000 UNITED STATES | ) | |
| CURRENCY; $19,000 UNITED | ) | |
| STATES CURRENCY; and $7,000 | ) | |
| UNITED STATES CURRENCY | ) | |

O R D E R

In accord with the order entered July 2, 2013 (Docket Entry No. 5), the plaintiff filed a status report on July 2, 2013 (Docket Entry No. 6).

Although the plaintiff suggests delaying entry of a scheduling order until after December 20, 2013, inasmuch as it appears that verified claims will be filed no later than August 31, 2013, a status conference is scheduled on **Wednesday, September 11, 2013, at 2:00 p.m.,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, TN, to address the further progression of this case.

The plaintiff shall serve a copy of this order upon any claimant who has filed a claim and otherwise ensure that any such claimant is aware of the September 11, 2013, hearing.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge